# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148185

ROGERS EXCAVATING, INC.,
      Plaintiff-Appellee,

v

      SC: 148185
      COA: 308514
      Oakland CC: 2009-104148-CK

MANA PROPERTIES, LLC,
      Defendant-Appellant,
and

CAPITALSOURCE BANK,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 24, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

s0519